**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
PAULINO VALENZUELA,

                       Petitioner,                    19 **CIVIL** 3696 (KMK)

      -against-                                **JUDGMENT**

WILLIAM F. KEYSER,

                       Respondent.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 19, 2023, the Report and Recommendation, dated November 29, 2023, is ADOPTED in its entirety; that the Petition is DISMISSED. Additionally, because Petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue, *see* 28 U.S.C. § 2253(c)(2); *Small v. Orange Cnty. Ct., Prosecutors Off.*, No. 18-CV-2716, 2020 WL 1082710, at *2 (S.D.N.Y. Mar. 5, 2020) (citing *Lucidore v. N.Y. State Div. of Parole*, 209 F.3d 107, 111–12 (2d Cir. 2000)), and the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Order would not be taken in good faith, *Whitted v. Stallone*, No. 11-CV-7569, 2016 WL 1268278, at *1 (S.D.N.Y. Mar. 30, 2016) (citing *Coppedge v. United States*, 369 U.S. 438, 445 (1962)); accordingly, the case is closed.

**Dated:** New York, New York

      December 20, 2023

                                                        **RUBY J. KRAJICK**

                                                            **Clerk of Court**

                            **BY:**     K. Mango

                                                            **Deputy Clerk**